### Before the First Division, May 10, 1966

**No. P66/51.**—Bradlow, Inc. *v.* United States, protests 63/10092 and 63/10272 (Los Angeles).

Nichols, J.   In accordance with stipulation of counsel, certain merchandise covered by the foregoing protests consists of the second spools for spinning reels similar in all material respects to the merchandise the subject of *United States* v. *Charles Garcia & Co., Inc.* (48 CCPA 140, C.A.D. 780), which was held dutiable as entireties with the first spools and spinning reels, the claim of the plaintiff was sustained with respect to the merchandise indicated by the notations of the examiner on the invoice.

### Before the Second Division, May 11, 1966

**No. P66/52.**—Magnesium Elektron, Inc. *v.* United States, protests 65/12564 and 65/18963 (New York).

Rao, C.J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of magnesium alloys similar in all material respects to those the subject of *Magnesium Elektron, Inc.* v. *United States* (50 Cust. Ct. 71, C.D. 2391), and that the percentage of the metallic magnesium content of the items in entry 801728, protest 65/18963, where no percentage is indicated, is 66 percent, the claim of the plaintiff was sustained.